UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>                    Plaintiff,<br><br> v.<br><br>YAHYA A. RASHED, et al.,<br><br>                    Defendants. | Case No. 1:25-cv-00481-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>(ECF No. 8) |

On June 11, 2025, Plaintiff filed a notice voluntarily dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 8). Therefore, this action has been dismissed with prejudice. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate all pending deadlines and proceedings and then close the case.

IT IS SO ORDERED.

Dated:   **June 12, 2025**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

1